# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YULON CLERK, on behalf of herself and others similarly situated, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | 10-01201 |
| v. | : | |
| EMERALD MARKETING d/b/a EMERALD MARKETING GROUP, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 2nd day of June 2010, for the reasons set out in the accompanying Opinion (doc. no. 8), it is hereby **ORDERED** that Plaintiff's "Motion to Remand" (doc. no. 4) is **GRANTED** and this case shall be **REMANDED** forthwith to the Court of Common Pleas of Philadelphia County, Pennsylvania. The Clerk of Court is directed to mark this case closed.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**Mitchell S. Goldberg, J.**